# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC. AND LORAL SPACE & COMMUNICATIONS INC.,<br><br>  Plaintiffs<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant. | Case No.  2:13-MC-00069-TLN-KJN<br><br>**STIPULATION AND AGREED ORDER** |
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br>  Plaintiffs,<br>  vs.<br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>  Defendants. | CASE NO. 12-CV-00260 (S.D. Cal) |

WHEREAS, On July 19, 2013, Space Systems/Loral, LLC, (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc. (collectively, "SS/L") filed a Motion to Compel Qualcomm Incorporated to Produce Documents in Response to a Subpoena;

WHEREAS, SSL and Qualcomm have met and conferred in an effort to resolve the issues raised by SSL's Motion to Compel;

WHEREFORE, SSL and Qualcomm stipulate and agree to the following:

1. Qualcomm will search the available files, emails and other ESI for communications with Viasat that are responsive to the subpoena for the period 1999 to March 25, 2009, for the custodians Len Schiff and Bill Ames, and will produce any responsive documents to SSL within 14 days of entry of the Stipulation and Order.

2. Should the review of the available files for Schiff and Ames lead to the identification of additional custodians that are likely to have had communications with Viasat that are responsive to the subpoena, Qualcomm will search the available files, emails and other ESI for those custodians and will produce any responsive documents as soon as is reasonably possible. Should Qualcomm determine that production of responsive documents will take longer than 14 days from the date of identification of such custodians, Qualcomm will meet and confer with SSL on the issues affecting the date of production.

3. If Qualcomm identifies a potential custodian for whom it would be unreasonably expensive to obtain information that may be responsive to the subpoena (e.g., unrestorable back-up data, etc.), Qualcomm will provide a written explanation to SSL, identifying: (a) the custodian, (b) the circumstances that make it unreasonably expensive to recover, (c) the cost to restore or recover the documents or ESI, and (d) a proposed resolution. If SSL disagrees with Qualcomm's proposed resolution, the parties shall meet and confer to try to reach agreement on how to proceed. If the parties cannot reach agreement, they may present the issue to the court for expedited resolution.

At the end of the process referenced above, Qualcomm will provide a sworn certification that it has made a good faith effort to identify and interview employee/custodians who may have been involved in responsive communications, including Len Schiff and Bill Ames, and any other current Qualcomm employees identified through this process; and that, furthermore, Qualcomm is not aware of any other current Qualcomm employee/custodians who have not been identified to SSL as part of this process.

SO STIPULATED:

| /s/ William R. H. Merrill | /s/ David A. Kays |
|---|---|
| William R. H. Merrill | David A. Kays |
| SUSMAN GODFREY L.L.P. | MORGAN FRANICH FREDKIN & MARSH |
| 1000 Louisiana St., Suite 5100 | 99 Almaden Blvd., Suite 1000 |
| Houston, Texas 77002 | San Jose, California 95113-1613 |
| Telephone: (713) 651-9366 | Telephone: (408) 288-8288 |
| Fax: (713) 654-6666 | Fax: (408) 288-8325 |
| Email: bmerrill@susmangodfrey.com | Email: dkays@mffmlaw.com |
| Date: August 16, 2013 | Date: August 16, 2013 |
| Attorneys for Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc. | Attorneys for Qualcomm Incorporated |

IT IS SO ORDERED. However, the parties are cautioned that any motions and hearings related to further discovery disputes must be noticed in accordance with Local Rule 251, and motions will not be heard on an expedited basis, unless good cause is shown.

Dated: August 19, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

Stipulation and Agreed Order

2832691v1/013090